IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Movant,<br><br>  v.<br><br>BEERBAUM & BEERBAUM FINANCIAL AND INSURANCE SERVICES, INC. and HANS N. BEERBAUM,<br><br>    Respondents.<br>_____/ | No. C 10-80116-MISC JSW<br><br>**ORDER TO SHOW CAUSE** |

On May 8, 2012, the Securities and Exchange Commission ("SEC") filed a motion for an order pursuant to Section 21(e)(1) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(e)(1). The Court HEREBY ORDERS Respondent Beerbaum & Beerbaum Financial and Insurance Services, Inc. to show cause why it should not be ordered to comply with the SEC Order issued on May 9, 2007 and pay to the Financial Industry Regulatory Authority $15,000 plus interest from the date of the SEC Order until it has been paid in full. The Court ORDERS Respondents Beerbaum & Beerbaum Financial and Insurance Services, Inc. and Hans N. Beerbaum (collectively, "Respondents") to show cause why they should not be ordered to comply with the SEC Order issued on May 9, 2007 and pay to the Financial Industry Regulatory Authority $1,741 plus interest from the date of the SEC Order until it has been paid in full. The interest rate will be determined pursuant to 28 U.S.C. § 1961.

1    Respondents shall respond to this Order to Show Cause ("OSC") in writting by no later
2 than June 6, 2012.  Respondents are admonished that their failure to respond to the OSC by
3 June 6, 2012 will result in the Court issuing an order requiring Respondents to pay the amounts
4 stated above without further notice.  If Respondents file a response to the OSC by June 6, 2012,
5 the SEC may file a reply by no later than June 15, 2012.  The Court will set a hearing on this
6 matter if necessary at a later date.

7    It is FURTHER ORDERED that the SEC shall serve a copy of this Order on
8 Respondents by no later than May 23, 2012, and shall file proof of such service with the Court
9 by no later than May 25, 2012.

10   **IT IS SO ORDERED.**

12 Dated: May 21, 2012

                                            _____
                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE