**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Movant,<br><br>  v.<br><br>BEERBAUM & BEERBAUM FINANCIAL AND INSURANCE SERVICES, INC. and HANS N. BEERBAUM,<br><br>    Respondents.<br>_____/ | No. C 12-80116-MISC JSW<br><br>**ORDER EXTENDING TIME TO RESPOND TO ORDER TO SHOW CAUSE** |

    On May 8, 2012, the Securities and Exchange Commission ("SEC") filed a motion for an order pursuant to Section 21(e)(1) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(e)(1). The Court HEREBY ORDERS Respondent Beerbaum & Beerbaum Financial and Insurance Services, Inc. to show cause why it should not be ordered to comply with the SEC Order issued on May 9, 2007 and pay to the Financial Industry Regulatory Authority $15,000 plus interest from the date of the SEC Order until it has been paid in full. The Court ORDERS Respondents Beerbaum & Beerbaum Financial and Insurance Services, Inc. and Hans N. Beerbaum (collectively, "Respondents") to show cause why they should not be ordered to comply with the SEC Order issued on May 9, 2007 and pay to the Financial Industry Regulatory Authority $1,741 plus interest from the date of the SEC Order until it has been paid in full. The interest rate will be determined pursuant to 28 U.S.C. § 1961.

1   On May 21, 2012, the Court issued an Order to Show Cause ("OSC") directing respondents to respond in writing by no later than June 6, 2012. Hans Beerbaum, appearing *pro se*, wrote a letter dated June 1, 2012 requesting an extension of time to respond. The Court HEREBY EXTENDS Respondents' deadline to respond in writing to the OSC to **July 6, 2012**. Respondents are admonished that their failure to respond to the OSC by **July 6, 2012** will result in the Court issuing an order requiring Respondents to pay the amounts stated above without further notice. If Respondents file a response to the OSC by July 6, 2012, the SEC may file a reply by no later than July 15, 2012. The Court will set a hearing on this matter if necessary at a later date.

The Court HEREBY ADVISES Respondents that a Handbook for Pro Se Litigants, which is available through the Court's website or in the Clerk's office, contains helpful information about proceeding without an attorney. The Court also advises Respondents that they also may wish to seek assistance from the Legal Help Center. Respondents may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

It is FURTHER ORDERED that the SEC shall serve a copy of this Order on Respondents by no later than June 15, 2012, and shall file proof of such service with the Court by no later than June 18, 2012.

**IT IS SO ORDERED.**

Dated: June 13, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE